# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, CHIEF JUDGE

Criminal Case No. 06-mj-01071-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    JOHN MILLER,

        Defendant.
_____

## ORDER DIRECTING TRANSFER TO FEDERAL MEDICAL CENTER FOR COMPETENCY EVALUATION
_____

Hearing was held this 20th day of April, 2006.  The Government appeared by Assistant United States Attorney Habib Nasrullah.  The Defendant appearance in person and by counsel, Susan Fisch, Assistant Federal Public Defender.

Upon consideration of the defense and Government counsel's statements and the Court's observation of Defendant and there being no objection by either the Government or the defense, the Court finds:

    1.    Pursuant to 18 U.S.C. § 4241(a), there is reasonable cause to believe that the Defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

    2.    Pursuant to 18 U.S.C. § 4247(b), the Defendant is hereby committed to the custody of the United States Attorney General, and shall be hospitalized in a suitable

medical facility for such a reasonable period of time, not to exceed 30 days, for the purpose of psychiatric or psychological examination, to be conducted by a licensed or certified psychologist or psychiatrist. The director of the facility may apply for a reasonable extension of time, not to exceed 15 days, upon a showing of good cause that the additional time is necessary to observe and evaluate the Defendant.

3.   Not later than 45 days from the date of the Defendant's arrival at the designated Federal Medical Center the Director shall notify the Court and the partise of the Defendant's mental status and prognosis anticipated in accordance with the provisions of 18 U.S.C. § 4241(d).

4.   Pursuant to 18 U.S.C. § 3161(h)(1)(A), the Court finds that the delay resulting from the determination of the Defendant's competency to proceed is excluded from the calculation of the time within which trial must commence until such time as the Defendant is declared competent to proceed.

DONE at Denver, Colorado, on this 20th day of April, 2006.

BY THE COURT:

  s/Lewis T. Babcock
Lewis T. Babcock, Chief Judge